IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____ Jessica L. Gonzalez _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
__X__ Yes ____ No

____Colorado Douglas County Sherriff's Office_____
,

_____Colorado Douglas County Jail_____,

_____Colorado Douglas County Sherriff's Department_____
,

_____See Attached_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

> Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

_____Jessica Gonzalez, D.O.C #200440, 1401 West 17th Street Pueblo, Colorado 81003_____
(Name, prisoner identification number, and complete mailing address)

_____Not Applicable_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_X_ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: _____Colorado Douglas County Sheriffs Office_____
(Name, job title, and complete mailing address)
4000 Justice Way Suite 2630 Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:
The defendant was acting under color of state and federal law being a Sheriff's Office.

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 2: _____Colorado Douglas County Jail_____
(Name, job title, and complete mailing address)
County Jail, 4000 Justice Way Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X  Yes ___ No (*check one*).  Briefly explain:

At the time of the Claims defendant 2 was a Private Jail acting under Color of State and federal law

Defendant 2 is being sued in his/her ___ individual and/or  X  official capacity.

Defendant 3: _____Colorado Douglas County Sheriff's department_____
(Name, job title, and complete mailing address)
Sheriff's department, 4000 Justice Way Suite 2630 Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X  Yes  ☒  No (*check one*).  Briefly explain:

  Multiple Sheriffs employed by the Colorado Douglas County Sheriff's Department where involved in the harassments, physical assaults, sexual assaults, taunting, torture, and excessive force that I endured during my incarceration of 10/21/2022-05-20-2024. When I tried to report these incidences from the jail while a prisoner I was yelled at by a head captain and the frequency of the assaults came more frequent and more violent. The department allowed this torment to continue- I tried to report to every section of the department I could as to the torture that was being given to me. I called a "partnering company" blue bench to report to some outside agency of the assaults I endured and highlighted the time I was in the shower and assaulted by 10 Douglas county sheriff employees. The sergeant of the Douglas county sheriff's department came to the pod I was at about an hour after my call with blue bench and told me to not contact blue bench again. I have experienced night terrors, PTSD, depression, and permanent anxieties that have not left me since my horrific treatment by the Colorado Douglas County Sheriff's Department. My relationships have suffered during and after this situation and the Douglas County Sheriff's Department as a whole should answer to the permanent damage that they've caused me after unwarranted excessive force and cruel and unusual punishment tactics where used on me as a 27 year old young woman. I was also isolated in the county jail, refused to be let out for the allotted hour for days at a time, not fed diner one night, then fed only peanut butter and jelly sandwiches for at least 6 weeks, just to mention a few things that could not have been done blindly to the department.

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 4:   Tommy Burella, Douglas County Deputy Watch Commander
(Name, job title, and complete mailing address)
4000 Justice Way Suite 2630
Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ☒No (check one). Briefly explain:

As a prisoner and victim at the time of the multiple assaults in question, I posed no threat to the security or the safety of the facility operations, the other inmates, or to the deputies on duty inside of the Douglas county jail. That being said, on 05/2023 the specific dates range from 3-01-2023- 08-31-2023. On 8 or more separate occasions I was assaulted, humiliated, threatened, tortured, intimidated, and stripped of my rights as an incarcerated individual. I was taunted in the county jails isolation pod by being objectified sexually with staff members such as Burella making sexual remarks to me as well as gesturing to his penis and making suggestive movements towards me. I was assaulted in the shower one night while I had no clothing on by a riot team consisting of at least 10 male sheriffs. They touched my breast, threw me around the pod, hog tied me, made humping and spanking gestures, and one sheriff Fitsgerald got a boner and caressed my hands after throwing me on the floor of my cell. I made a list of names of the deputies/sheriffs involved in harassing and sexually assaulting me. While in the shower the morning after the shower incident a team of about 5 sheriffs ran into my cell and confiscated my notebook where I recorded times, dates, and sheriffs names who where taunting/ assaulting me. I asked Burellla to retrieve my journal (he was one of the sheriffs who'd taken it) and he told me it was most likely disposed of.

Defendant 4 Acted under color of State and federal law as an employee of the Douglas County Sheriffs Office

Defendant 4 is being sued in his/her   X individual and/or ___ official capacity.

Defendant 5:  Sheriff Pirog
(Name, job title, and complete mailing address)
Douglas county sheriff Pirog
4000 Justice Way Suite 2630 Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ☒ No (check one). Briefly explain:

4

Defendant 5 was a Douglas County Sheriff at a Private Jail at the time of claim thus acted under ~~state~~ color of State and federal law.

Defendant 5 is being sued in his/her   X   individual and/or       official capacity.

This man violently snatched me out of the shower while I was in D pod at the Douglas county jail. He was the leader of a riot team who targeted me for no reason. I had just woken up and was let out for my hour out which is all the "free time" allowed in D pod. I decided to take a shower and a 10 man riot team led by pirog approached me. I was naked and only had time to put on my pants before these men rushed into the shower. Pirog drug my body around the pod then hog tied me, placed a mask on me and took me to my cell. One of the inmates told me to be careful Pirog had a boner, which he did. He rubbed on my hands very sexually before leaving me on the floor of the cell and I was so frightened I didn't move. Multiple times after this he continued to harass me by hog tying me and throwing me back in my cell while looking at me hungrily and intimidatingly.

Defendant 6:
(Name, job title, and complete mailing address)
Sheriff B. Burella
Douglas County Sheriff
4000 Justice Way Suite 2630 Castlerock, CO 80109
At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   X   Yes       No (check one).  Briefly explain:
While working at the douglas County Jail for the Douglas County Sheriff's Department, Defendant 6 acted under color of State and federal law.

Defendant 6 is being sued in his/her   X   individual and/or       official capacity.

This man was often running the isolation pods at the Douglas county jail and was a main character in the harassment, tormenting, and humiliation I encountered. He was also part of each riot team whom assaulted me using excessive force, even while I lay asleep in the cell.

Defendant 7:
(Name, job title, and complete mailing address)
Sheriff Fitsgerald
Douglas County Sheriff
4000 Justice Way Suite 2630 Castlerock, CO 80109
At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   X   Yes       No (check one).  Briefly explain:
As an employee of the Douglas County Sheriff's department at a Private Jail, Defendant 7 acted under color of State + Federal law.
This sheriff was a member of the riot teams as well as a member of the assaults I endured.

Defendant 7 is being sued in his/her   X   individual and/or       official capacity.

**Defendant 8:**

5

(Name, job title, and complete mailing address)
**Sherriff Burns**
Douglas County Sheriff
4000 Justice Way Suite 2630 Casterock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   X Yes   ☒ No (check one).  Briefly explain:
Defendant 8 was acting under color of state and federal law at the time of the claims as CC County Jail employee Sheriff.

This sheriff intimidated, assaulted, and harassed me. I feel as though her taunting has stayed with me in the form of PTSD,

Defendant 8 is being sued in his/her   X   individual and/or   official capacity.

**Defendant 9:**
(Name, job title, and complete mailing address)
**Sheriff Feather**
Douglas County Sheriff
4000 Justice Way Suite 2630 Casterock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   X Yes   ☒ No (check one).  Briefly explain:
Working for a private jail at the time of the claims Defendant 9 acted under color of state and federal law.

This sheriff was a member of the riot teams as well as a member of the assaults I endured.

Defendant 9 is being sued in his/her   X   individual and/or   official capacity.

**Defendant 10:**
(Name, job title, and complete mailing address)
**Sheriff Myers**  Douglas County Sheriff 4000 Justice Way 2630 Suite 80109 Casterock, CO

This sheriff was a member of the riot teams. He taunted me, handled me with excessive force and always physically assaulted me on every encounter we had.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   X Yes   ☒ No (check one).  Briefly explain:

6

As an employee of a Private Jail, Defendant 10 was acting under color of state and federal law.

**Defendant 10 is being sued in his/her   X   individual and/or       official capacity.**

**Defendant 11:**
**(Name, job title, and complete mailing address)**
**Darren M. Weekly**
Sheriff of Douglas County
4000 Justice Way Suite 2630 Castlerock, CO 80109.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes     ☒ No (check one).  Briefly explain:

Working for the Private Jail and Sheriffs department Defendant 11 was acting under color of the state and federal law

**Defendant 11 is being sued in his/her   X   individual and/or       official capacity.**

**Defendant 12:**
**(Name, job title, and complete mailing address)**
Sheriff ~~[redacted]~~ Ortiz
Douglas County Sheriff - Jailor
4000 Justice Way Suite 2630 Castlerock, CO 80109

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes     ☒ No (check one).  Briefly explain:

At the time of the claims of this Complaint, Defendant 12 was working at a Private Jail and acted under color of state and federal law.

**Defendant 12 is being sued in his/her   X   individual and/or       official capacity.**

7

C.  **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__  State/Local Official (42 U.S.C. § 1983)

__X__  Federal Official

As to the federal official, are you seeking:

__X__ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

__X__ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____  Other: (*please identify*) _____

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  __Excessive Force_____

Claim one is asserted against these Defendant(s):
Defendants 1-12

Supporting facts: There should be recorded accounts at the jail of the incidences that occurred to me, as my notes and time stamps where destroyed by the Douglas county Sheriffs. I was the Victim of Excessive Force on 8 Seperate Occations while at the Douglas County Jail between 10/21/22 - 03/20/24. These incidences occured without probable cause by the Sheriff defendants. I reported the assaults at the jail and to my then attorney.

CLAIM TWO: Sexual Assault

Claim one is asserted against these Defendant(s):
B.Burrella, Fitsgerald, Myers, Pirog, Feather

8

Suppoting facts:
The recorded accounts reflective in the jail records as well as my report made with the Blue Bench immediately after the incident.

Incident reports at the Douglas County Jail. The mention of the assaults in court by my attorney at that time.

I was sexually assaulted by multiple sheriffs at the Douglas County Jail while in isolation pod. This happend to me in the shower.

The Defendants listed also made sexual advances, sexual gestures, and comments to me at Douglas County Jail.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  _X_  No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _____

Docket number and court:  _____

Claims raised:  _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　　X  Yes ___ No (*check one*)

Did you exhaust administrative remedies? I did exhaust my administrative remedies. I wrote multiple grievances on the way that I was being treated: being refused medical care when a riot team jumped on me at about 9am one morning-unprovoked- and sprained my ankle. I sat crying in a cell while the sheriffs denied me medical attention. I wrote a grievance on being fed nothing but peanut butter and jelly's. I wrote a grievance on being pulled out of the shower out of nowhere by a riot team. I wrote a grievance on being taken to the "hole" for no reason which I really was taken to the hole for a woman inmate screaming at me and I did not engage. Before being taken to the whole I was told by a woman sheriff Burns that I had no rights anymore.(Defendant 8)
　　　I also told my lawyer Meredith Wheeler about the excessive force and torcher I was experiencing at the jail. None of these remedies came to any solutions and seemed to make my treatment worse at the hands of the jailors.

　　　X  Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Restitution to be imposed on each defendant involved in this Complaint in the intrest of Justice is my request for relief.

### H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

____3/4/2025_____
(Date)

(Revised November 2022)

# D. Statement of Claims

Claim three: Deprivation persuant to §1983 Declaratory Decree was Violated. Sec 7 of the Bill of rights of the Constitution of Colorado. That is I have the right to Security of my persons and property. I was Searched without Probable Cause while I was in the Shower. I had recorded the names and time that the Sheriffs Sexually assaulted me and when they used excessive force without probable Cause. The Sheriffs took this journal of recordings and destroyed it. I was also deprived of basic human rights while incarcerated when my Safety was compromised.

Claim three is asserted against these defendants: Defendant 12 Sheriff Ortiz, Defendant 6 B. Burella, Defendant 10 Sheriff Myers, Defendant 5 Sheriff Pirog, Defendant 8 Sheriff Burns, Defendant 9 Sheriff Feather.

Supporting Facts: There should be recordings of these officers raiding my cell in POD D while I was in the Shower the day after I was assaulted and carried across the hall to another POD while Stair rails were being installed. The day that the additional Stair rails were installed should without a doubt be recorded. The men who installed the rails also witnessed the assault to myself by a riot team.

Attached: List of Defendants

Sheriff Darren M. Weekly

Sheriff Tommy Burrella

Sheriff B. Burrella

Sheriff Burns

Sheriff Feather

Sheriff Pirog

Sheriff Fitzgerald

Sheriff Myers

Sheriff Ortiz



**Colorado Department of Corrections**
Name: Jessica Gonzales
Register Number: 200440
Unit: 5
Box Number: 1401 W 17th Street
City, State, Zip: Pueblo, CO 81003

Clerk of Court
Alfred A. Arraj, United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589