IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:25-cv-00862-CNS-CYC

JESSICA L. GONZALEZ,

Plaintiff,

v.

COLORADO DOUGLAS COUNTY SERIFF'S OFFICE,
DARREN M. WEEKLY,
TOMMY BURELLA,
SHERIFF MYERS,
SHERIFF ORTIZ,
SHERIFF FEATHER,
SHERIFF BURETTA,
SHERIFF FITSGERALD,
SHERIFF PIROG,
SHERIFF B. BURELLA,
SHERIFF MOORE,
CAPTAIN JOHN DOE (1),
CAPTAIN JOHN DOE (2),
CAPTAIN JANE DOE,
SHERIFF JOHN DOE (1),
SHERIFF JOHN DOE (2),
SHERIFF JANE DOE (1),
SHERIFF JANE DOE (2),
SHERIFF BURNS,
AISHA HENERY, Mental Health Employee,
MENTAL HEALTH EMPLOYEE JANE DOE,
MENTAL HEALTH EMPLOYEE JOHN DOE,
NURSE JANE DOE (1),
NURSE JANE DOE (2),
NURSE JANE DOE (3), and
NURSE JANE DOE (4),

Defendants.

ORDER

Before the Court is the Order and Recommendation by United States Magistrate Judge Cyrus Y. Chung issued on August 20, 2026, granting Plaintiff's Motion Requesting a Status Check, ECF No. 78, and recommending that the Douglas County Defendants' Motion to Dismiss First Amended Complaint, ECF No. 36, and Douglas County Deputies' Motion to Dismiss First Amended Complaint, ECF No. 51, be granted in part and denied in part. ECF No. 80 at 25. For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

The parties were advised that they had fourteen days, after being served with a copy of the Order and Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Chung's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under

any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Chung's analyses were thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Chung's Recommendation as an order of this Court. ECF No. 80. Douglas County Defendants' Motion to Dismiss First Amended Complaint, ECF No. 36, and Douglas County Deputies' Motion to Dismiss First Amended Complaint, ECF No. 51, are GRANTED in part and DENIED in part.

Plaintiff's claims against the Douglas Country Sheriff's Office are DISMISSED WITHOUT PREJUDICE. The Fifth Amendment claim, ECF No. 13 at 13, subclaims one, two, three, four, five, seven, eight, nine, eleven, twelve, thirteen, fourteen, sixteen, seventeen, and eighteen of the Eighth Amendment claim, *id.* at 13–16, 18–19, 21, subclaims one, two, three, four, five, eight, nine, and ten for the Fourteenth Amendment claim, *id.* at 13–16, 18–19, 21, and the Fourth Amendment claim, *id.* at 28–29, against the remaining defendants are also DISMISSED WITHOUT PREJUDICE.

The motions are DENIED to the extent that subclaims six, ten, and fifteen for the Eighth Amendment claim, *id*. at 17–18, 19, 20, state facially sufficient claims for excessive use of force on three separate occasions. They are also DENIED to the extent that subclaims six and seven for the Fourteenth Amendment claim, *id.* at 25–26, allege the same incidents as Eighth Amendment subclaims six and eleven. Both motions to dismiss

are DENIED to the extent that they request an order for a more definite statement under Fed. R. Civ. P. 12(e) in the alternative.

DATED this 10th day of September 2026.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge